IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAYNYOHOH DEE, on behalf of herself and all other Californians similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br> BANK OF THE WEST, a California Corporation,<br><br>    Defendant.<br>                                                                    / | No. C 10-02736 WHA<br><br>**ORDER DENYING MOTION TO STAY PENDING POSSIBLE MDL TRANSFER** |

The parties move for an order to stay all proceedings in this matter pending possible transfer to multidistrict proceedings. For lack of good cause shown, the motion is **DENIED**. Even if this action is transferred, it will be that much further along with less work for the transferee judge to do.

**IT IS SO ORDERED.**

Dated: August 2, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE