A CERTIFIED TRUE COPY
ATTEST

By Debbie Nguyen on Aug 05, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jul 21, 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION
    Saynyohoh Dee v. Bank of the West,
        N.D. California, C.A. No. 4:10-2736         MDL No. 2036

**CONDITIONAL TRANSFER ORDER (CTO-22)**

On June 10, 2009, the Panel transferred three civil actions to the United States District Court for the Southern District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 626 F.Supp.2d 1333 (J.P.M.L. 2009). Since that time, 53 additional actions have been transferred to the Southern District of Florida. With the consent of that court, all such action have been assigned to the Honorable James Lawrence King.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Southern District of Florida and assigned to Judge King.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Southern District of Florida for the reasons stated in the order of June 10, 2009, and, with the consent of that court, assigned to the Honorable James Lawrence King.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Florida. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Aug 05, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Certified to be a true and
correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By Graciela Gomez
Deputy Clerk
Date Aug 11, 2010

**IN RE: CHECKING ACCOUNT**
**OVERDRAFT LITIGATION** MDL No. 2036

PANEL SERVICE LIST (CTO-22)

Todd D. Carpenter
BONNETT FAIRBOURN FRIEDMAN & BALINT PC
600 W. Broadway
Suite 900
San Diego, CA 92101
**tcarpenter@bffb.com**

Barry R. Davidson
HUNTON & WILLIAMS LLP
Mellon Financial Center
1111 Brickell Avenue
Suite 2500
Miami, FL 33131-3136
**bdavidson@hunton.com**

Robert C. Gilbert
ALTERS BOLDT BROWN RASH & CULMO PA
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
**bobby@abbrclaw.com**

Laurence J. Hutt
ARNOLD & PORTER LLP
777 South Figueroa Street
44th Floor
Los Angeles, CA 90017-2513
**laurence.hutt@aporter.com**

Alisha A. Martin
HARRISON PATTERSON & O'CONNOR LLP
402 West Broadway
29th Floor
San Diego, CA 92101
**amartin@hpolaw.com**

Richard D. McCune, Jr.
MCCUNEWRIGHT LLP
2068 Orange Tree Lane
Suite 216
Redlands, CA 92374
**rdm@mccunewright.com**
<**rdm@mccunewright.com**>

Lisa M. Simonetti
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
16th Floor
Los Angeles, CA 90067-3086
**lsimonetti@stroock.com**

Patricia N. Syverson
BONNETT FAIRBOURN FRIEDMAN
& BALINT PC
2901 North Central Avenue
Suite 1000
Phoenix, AZ 85012
**psyverson@bffb.com**